IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER BRACKE,** <br> Plaintiff | **CIVIL ACTION** |
| v. | |
| **SITEONE LANDSCAPE SUPPLY, LLC,** <br> Defendant. | **NO. 21-5244** |

## O R D E R

**AND NOW**, this 15th day of April, 2022, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF Nos. 5, 13), and Plaintiff's Brief in Opposition thereto (ECF No. 7), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED** as follows:

1. Plaintiff's First, Fourth, Fifth and Sixth causes of action are **DISMISSED WITH PREJUDICE.**

2. Plaintiff's Second and Third causes of action are **DISMISSED WITHOUT PREJUDICE**, with leave to amend. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**